PER CURIAM.

(No. 75-CC-669— 

FEDERAL SIGN & SIGNAL CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed May 13, 1975.*

FEDERAL SIGN & SIGNAL CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.